IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RONALD SELTMAN,** | : | **CIVIL ACTION** |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | **NO. 11-07195** |
| | : | |
| **EXELON CORPORATION,** | : | |
| **Defendant** | : | |

## O R D E R

**AND NOW,** this   27th    day of September, 2012, upon consideration of the defendant's motion for summary judgment (Document #9), the plaintiff's response in opposition thereto (Document #10), and the defendant's reply (Document #13), IT IS HEREBY ORDERED that the motion is GRANTED in its entirety.

The Clerk of Court is directed to mark this case closed for all purposes.

BY THE COURT:

 /s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.